BIRD S. COLER, Commissioner of Public Welfare of the City of New York, on Complaint of ALMA HAVIGHORST, Respondent, v. HENRY PETERSON, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February, 1929, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant comply with the terms of the order of filiation, without prejudice, until the determination of the appeal; otherwise, motion granted. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

PAUL COSTALLAT and LILLIAN COSTALLAT, Respondents, v. JOSEPH DIAMOND and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the February, 1929, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondents ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

GERTIE DEVEAU, as Administratrix of the Goods, Chattels and Credits of JOHN M. DEVEAU, Deceased, Appellant, v. CORNELL STEAMBOAT COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

DUCK ISLAND CORPORATION, Respondent, v. CHARLES H. JONES and Others, as Trustees, etc., of MARY E. JONES, Deceased, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

HARRY L. GREENBAUM, Appellant, v. FRANK J. BROWN, Respondent.— Motion to expunge portion of case on appeal denied without prejudice to respondent's applying to the justice who tried the case for an order resettling the case on appeal. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

LOUIS GREENBERG, Respondent, v. DORA GREENBERG, Appellant.— Motion to stay trial denied. Present — Lazansky, P. J., Young, Kapper, Seeger and Scudder, JJ.

JACOB B. GREENSPAN and WILLIAM J. JAMES, as Trustees for the Benefit of Creditors of SAMPLE FURNITURE SHOW ROOMS CO., INC., Respondents, v. ALBERT M. BANK, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February, 1929, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay to respondent ten dollars costs within five days from the entry of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.

LOUISA GREIS, Respondent, v. ARTHUR H. TURNER and NASSAU-SUFFOLK BOND AND MORTGAGE GUARANTEE COMPANY, Appellants.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the January, 1929, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted. Present — Lazansky, P. J., Young, Seeger, Carswell and Scudder, JJ.